UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,                        Case No. 19-cv-20802
                                        and 21-cr-20013
v.                                Hon. Matthew F. Leitman

MONTINEZ SMITH,

     Defendant.

_____/

## ORDER DENYING MOTIONS FOR BOND

     Defendant Montinez Smith is awaiting sentencing in two cases now pending before the Court: Case No. 19-20802 and Case No. 21-20013.  He has filed motions for release on bond in both cases.  The motion for bond in Case No, 19-20802 is docket number 44.  The motion for bond in Case No. 21-20013 is docket number 29.  The Court held a hearing on both motions on February 2, 2021.  For the reasons stated on the record during the hearing, the motions for bond are DENIED.

     **IT IS SO ORDERED.**

                                s/Matthew F. Leitman
                                MATTHEW F. LEITMAN
                                UNITED STATES DISTRICT JUDGE

Dated:  February 2, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 2, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764